# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SULTAN SHABAZZ-STEWART, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:13CV1163 HEA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before me on movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  Movant seeks relief from the ongoing criminal proceedings in United States v. Sultan Shabazz-Stewart, 4:13CR194 HEA (E.D. Mo.).  However, these proceedings are still pending before this Court, and no judgment or sentence has been entered against movant at this time.  In fact, his case is not even set for trial until August 5, 2013.  As a result, movant's motion to vacate, set aside or correct sentence will denied without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED and DISMISSED** without prejudice.

An Order of Dismissal will accompany this Order.

Dated this 8th day of July, 2013.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE